IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

NICHOLAS ONATE,

               Defendant.

**8:23CR3**

**ORDER**

This matter is before the Court on the government's Motion for Dismissal (Filing No. 59) pursuant to Federal Rule of Criminal Procedure 48(a).  The government requests the Indictment be dismissed without prejudice as to defendant Nicholas Onate.

The Motion is granted, and the Indictment against Nicholas Onate is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 4th day of December 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge